IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JOEURT PUK,                      )
                                 )
    Plaintiff,                   )
                                 )        CIVIL ACTION NO.
    v.                           )        1:04cv1058-MHT
                                 )             (WO)
GREAT-WEST LIFE & ANNUITY        )
INSURANCE COMPANY,               )
                                 )
    Defendant.                   )
```

## JUDGMENT

Pursuant to the joint stipulation for dismissal (doc. no. 76), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of Federal Rules of Civil Procedure.

DONE, this the 24th day of March, 2006.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE